FILED
CLERK, U.S. DISTRICT COURT

FEB 28 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 18-MJ-420 |
| v. | |
| Sam Lock Siu | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of ___defendant_____, IT IS ORDERED that a detention hearing is set for __3/2_____, _____, at _11:00_ ☒a.m. / ☐p.m. before the Honorable __Jacqueline Choolijian_____, in Courtroom __341 - Roybal___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: __2/28/18_____      _____
                             U.S. District Judge/Magistrate Judge